IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE L. CUSTARD, ) <br> ) <br> Defendant ) | Civil Action No. 00-410 <br><br> Electronically Filed |

SATISFACTION OF JUDGMENT

The judgment in the above-captioned case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Western District of Pennsylvania is hereby authorized and empowered to satisfy and cancel said judgment of record.

    MARY BETH BUCHANAN
    United States Attorney

By: _____
    s/MICHAEL COLVILLE
    Assistant U.S. Attorney
    U.S. Post Office and Courthouse
    700 Grant Street, Suite 4000
    Pittsburgh, PA 15219
    Phone No. (412) 894-7337
    Fax No. (412) 644-5870
    Email: Michael.Colville@usdoj.gov
    PA56668

    Counsel for Plaintiff
    United States of America

Dated:   July 14, 2005

Case 2:00-cv-00410-WLS   Document 6   Filed 07/14/2005   Page 2 of 2